of the Superintendent's application to approve the settlements was held in abeyance pending the coming in of the referee's report. We see no necessity of any further order under the circumstances. The order now proposed by the Superintendent of Insurance would limit the hearing of claims as such by the referee to Certificates B-K and limit the hearing concerning F-1 and C-2 to approval or disapproval of the proposed settlements. We have already indicated, contrary to this proposal, that the fixation of the value of the mortgages in all series is essential to a proper disposition of these matters. It is not inconsistent with the order that the referee in his report may make such recommendations as he deems proper concerning the advisability of the settlements after having fixed such values. When the mortgages have been valued, the Special Term may then determine all questions raised including the legality and advisability of approving the settlements.

The motion to resettle the order should be denied.

Present — O'Malley, Townley, Dore and Callahan, JJ.

Motion denied.

DAVID GREENBAUM, as Receiver of the Property of UNITED SPONSORS, INC., Appellant, v. UNITED SPONSORS, INC., and Others, Defendants, and NORMAN E. DIZER and GEORGE R. GRANTHAM, Respondents. (Action No. 3.) FANNIE NANCE BLYTHE and LEWIS H. NEITZEL, Appellants, v. UNITED SPONSORS, INC., and Others, Defendants, and NORMAN E. DIZER and GEORGE R. GRANTHAM, Respondents. (Action No. 7.) DAVID GREENBAUM, as Receiver of the Property of UNITED STANDARD OILSHARES CORPORATION, Appellant, v. UNITED STANDARD OILSHARES CORPORATION and Others, Defendants, and NORMAN E. DIZER and GEORGE R. GRANTHAM, Respondents. (Action No. 4.) WILHELMINA RISK, Appellant, v. UNITED STANDARD OILSHARES CORPORATION and Others, Defendants, and NORMAN E. DIZER and GEORGE R. GRANTHAM, Respondents. (Action No. 8.) (Consolidated Appeals.) — Orders so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

(June 16, 1939.)

In the Matter of the Application of HORACE W. WATTS, Petitioner, against FERDINAND PECORA, a Justice of the Supreme Court of the State of New York, Respondent.

Determination confirmed. No opinion.

Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.; Untermyer, J., dissents in opinion.

UNTERMYER, J. (dissenting). Although many facts to which the petitioner testified are improbable and may not be true, his testimony was not the equivalent of " contumacious and unlawful refusal  *  *  *  to answer any legal and proper